IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GREGORY WEEDON** | : | **CIVIL ACTION** |
| | : | |
| v. | : | No. 13-7461 |
| | : | |
| **GODLEWSKI, MARY CANINO,** | : | |
| **WARDEN MIKE WENEROWICZ,** | : | |
| **SERGEANT DEMASKY, ROBERT** | : | |
| **GILMORE, MARK DIALESANDRO,** | : | |
| **IRMA VIHILDA, DORINVA VARNER,** | : | |
| **CORRECTIONS OFFICER GOULD,** | : | |
| **J. KENNEDY  and JIM BYANUHAK** | : | |

## ORDER

**AND NOW**, this 11th day of February, 2016, upon consideration of the Motion to Transfer Venue of Defendant Dr. Byunghak Jin (Document No. 31) and the plaintiff's response, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **TRANSFERRED** to the United States District Court for the Western District of Pennsylvania.

    /s/Timothy J. Savage
    TIMOTHY J. SAVAGE,  J.